**Exhibit A to the Complaint**

**Location:** Roslindale, MA  
**Total Works Infringed:** 49  
**IP Address:** 108.20.172.135  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 46F84EF35ED852694DFFE90821724A9E4A0EE41F<br>File Hash:<br>386CBBD60EFD72646EF76C1C78182F896F3233202D1A00E321D1851AD9B60BA2 | 05-17-2022 00:20:54 | Tushy | 04-24-2022 | 05-20-2022 | PA0002350374 |
| 2 | Info Hash: E4B0A0BC3ABC031469C2C28E043845FC1107D41E<br>File Hash:<br>D02CC5CDE1A25BDA521B09BC8D09D3FEAE1EAA29357C4C55C17A5EDEBACC041A | 05-17-2022 00:19:08 | Tushy | 01-30-2022 | 03-04-2022 | PA0002345788 |
| 3 | Info Hash: 197840F09299F79DDB3203CCABCE89F0A6E49FDC<br>File Hash:<br>A625A749F758CDBE96A20B6AE84D98ACA43CB6F22700B8A55BF913D6B247FAE2 | 05-17-2022 00:09:50 | Tushy | 03-06-2022 | 03-29-2022 | PA0002342854 |
| 4 | Info Hash: 94681F93361866C25B301A4EFE1BB6A18EF70C0C<br>File Hash:<br>8BC43B2858E33C443F0F5F981D0FD86F5CE8A8C64F427451B05B06CFD303AA56 | 05-16-2022 21:10:51 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 5 | Info Hash: E0AF7859247E9800D759DA84A45EEFBFDDD10940<br>File Hash:<br>0B14DBE570574A0AF499E20F778375B8D4031013148AB5387C2EF9DF6BEFCA94 | 04-13-2022 23:54:19 | Tushy | 04-10-2022 | 04-23-2022 | PA0002346425 |
| 6 | Info Hash: 9129C8000A972FB605AA21176EC92A7B890979AB<br>File Hash:<br>5DF83ACD7891971173F2A56E238AE8352571D5F4AF56F7B997E09FB7011F869D | 04-13-2022 03:57:58 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 7 | Info Hash: B49A01382B7A1DAE1E53FF88829EA3366BE59180<br>File Hash:<br>A0E6BF33567940E34F01A7FDE402967A16B455E1EFE722B443258952585D9B11 | 04-13-2022 03:35:44 | Vixen | 12-25-2018 | 01-22-2019 | PA0002147901 |
| 8 | Info Hash: 774C2EA090A6AFE6D8973DBFE0AE522A35D352AA<br>File Hash:<br>C93EAC8256856177FB745EC3F9E5CD79E37C52402C37189C8BA56331DE0C3A6E | 03-28-2022 01:00:48 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |
| 9 | Info Hash: B82C01991EEB4A25F31C65FF84CDC8CB1B253F59<br>File Hash:<br>CF5A358526923E89773249E53032E4B840AE51281850ABEE0268E3D4A18164A7 | 02-06-2022 22:11:17 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 10 | Info Hash: 8FF0024B565750DFF01587CA19A5AE11DB95D42D<br>File Hash:<br>FE331A74264F95381F7AAB90DE103F7FA8864FE52E6062714672CFA08EA282F0 | 02-01-2022 01:35:45 | Vixen | 01-28-2022 | 03-04-2022 | PA0002345791 |
| 11 | Info Hash: 5FA6751B97DBD973637A1ECF6998B3553D806116<br>File Hash:<br>B78C3B4ED9386C0B2FCA226D4AC1D1E603313C4C75E53F41B21C6D1BF63EE763 | 10-21-2021 04:00:47 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: C9D6483CAD82752A04D426E89FCCD7BD73E58DBA<br>File Hash: 2BC4AA80EEE7827C1CFE98090CA8C36BD2B5DED3D26FA201E95FE1928DAE56E2 | 10-07-2021 06:33:39 | Tushy | 10-03-2021 | 11-01-2021 | PA0002326410 |
| 13 | Info Hash: E554777F019DD9134EAC9056AA84649792BCC102<br>File Hash: B848DF2927CCCE235CBC6B646CB73F83E076FDC3121219B290EFCD5225FAD851 | 09-14-2021 03:46:06 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 14 | Info Hash: DCABC181A87ADA1A22F3A94523BC47844C79EE20<br>File Hash: 9B569593FEF7EFA7F289DC6EACA781D8A4AA9DE8AD7986A4907AA10CBFE8D603 | 08-31-2021 03:50:45 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |
| 15 | Info Hash: 468B16982691C5EC859E27FC7DB0CB4A23EFBFEC<br>File Hash: 6A53E0B152D167C64AFA6C98580D032B9346556BBC710AAFB5FCFED8FB47D465 | 06-08-2021 18:30:01 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 16 | Info Hash: 5CDBC938026E69BB0AB5095CBDA1D40272137848<br>File Hash: C244D99BE64B196FC48133456B2307AF2C9238C3A25D97D2027E48D309FCEA88 | 03-09-2021 01:18:31 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 17 | Info Hash: CB0B165B1A4393C4763950AD1A326018B79283D5<br>File Hash: E8FFB3F1D287FE8305BD21723922A7AACE35A236B7EE75DAE32CDEF2E5C82C14 | 03-02-2021 05:02:05 | Tushy | 08-19-2019 | 08-26-2019 | PA0002213301 |
| 18 | Info Hash: 8A6F4B2D495BDFF5C7C255266DA06E8E0BA41B22<br>File Hash: C2B53F4B3957335C7F0872016E8355725EEF6267A0FF4A3F7DAD45FA7B863C16 | 02-16-2021 18:52:08 | Vixen | 04-04-2019 | 04-29-2019 | PA0002169968 |
| 19 | Info Hash: D121DFA499CA673977D7D111E3F0F4D873EF28E9<br>File Hash: E6ADB40796CC6534D5331E6C18C58D17028F7623A811FFA291C06DDE5D8354BA | 01-29-2021 22:33:35 | Tushy | 06-25-2018 | 08-07-2018 | PA0002132395 |
| 20 | Info Hash: 53873A0C4EB58A7BCAF07A24EF9BE5A6813BCDAA<br>File Hash: EDBC2CE0F943598D9DFCDD3E6B2341925B15A36678A626D0EA4DD76B1C56C7D2 | 01-06-2021 22:18:56 | Vixen | 10-09-2020 | 11-18-2020 | PA0002272626 |
| 21 | Info Hash: 785CB7DA9CA2BD968A654E2BDBF17DA3C3A91A0E<br>File Hash: D666BE6383430C00DF9DABEFE90B6DD9B63E1ED6AFE02BAA18493C72865DA559 | 01-06-2021 22:15:55 | Vixen | 12-20-2019 | 02-03-2020 | PA0002225564 |
| 22 | Info Hash: FB672E815A9FEA2A5E75AB12CF8D0C070F88F203<br>File Hash: 4533A2D00026774EA08D15C910F8939DF7CFE778FCC019BE146C06FF19256D85 | 12-21-2020 20:16:36 | Vixen | 03-30-2019 | 04-29-2019 | PA0002169943 |
| 23 | Info Hash: E76E764DAE3D917C9F92D18847FF4E4DE90EE5F6<br>File Hash: B71A870BECC8515D1D8CEA9291177CEF8AF5A0CF0380F486EA901CF49044B370 | 12-08-2020 02:19:20 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: AE19B717CF7789D50D0A22DAE302DBB71DDA8845<br>File Hash: A33309ED461D4CD9D53A81CFFD754FC273A96416CA50CC8990A5290E8B90C97F | 12-04-2020 03:40:04 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 25 | Info Hash: 5C52A11CA03AFC0068BD6C94A4D9E81FF0B9A221<br>File Hash: C07A5C1755DEE5FB9D225EC12E05B51DC7EDA12AFDDC0E4D152FCC617D19DF8B | 09-05-2020 18:53:59 | Vixen | 01-19-2019 | 02-22-2019 | PA0002155139 |
| 26 | Info Hash: F95CAF6D63E22BFFA8B51888DFA5498370E91195<br>File Hash: E76DE0473D32E91F389554B4E0EEDBB1E6197EFB5BEE3ADB0C9BC1FD1BD36408 | 07-20-2020 04:34:17 | Tushy | 07-19-2020 | 08-03-2020 | PA0002259103 |
| 27 | Info Hash: 24A64BE5C3820F898A670007F7B072A805BD9DDF<br>File Hash: 2660E35C524E89782B4DF17995C883976A29E7EA796614E16437CBF8AEFB02B0 | 06-24-2020 01:49:25 | Blacked | 05-09-2020 | 06-08-2020 | PA0002243649 |
| 28 | Info Hash: 5BF341F96116AB62122712420E384E7441F88C8A<br>File Hash: 1BC7BE3A18669790ED3CAD441FB5B2D08F194A6C4E4D675428BFE43546CBFB0B | 05-15-2020 15:32:05 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |
| 29 | Info Hash: 8C5CF7009D99308190480643CCCD791B941DB338<br>File Hash: 131DBB9FA461BFBB6666C55F129F9BEF7CAB3279B16295ADFD033058A193181B | 05-10-2020 04:50:33 | Blacked Raw | 04-27-2020 | 05-19-2020 | PA0002241476 |
| 30 | Info Hash: B95B41C5FF6C43B6485783F76919CC53C34D1449<br>File Hash: 514EADD1B5AB1876994B703CA6B34747939344DA4211437085AEC54127F1ABC1 | 04-06-2020 13:40:14 | Tushy | 04-11-2019 | 05-11-2019 | PA0002173890 |
| 31 | Info Hash: 0375A9CC6F696CF14E34696CAE9EF334733741E8<br>File Hash: 1C99FE6D021C575065CC1B5D4E76375B08A2CA860933F776EC1CBDB22FBC1D2D | 03-21-2020 21:33:45 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 32 | Info Hash: 81CE96363F6C5622E8F5306E6E3EF9FBE87C8B92<br>File Hash: FDD9E9019968B6A76C123AF4B99EDE77972B0542C49D810631CCC17CAA325D80 | 03-04-2020 19:56:09 | Vixen | 03-04-2020 | 04-17-2020 | PA0002246168 |
| 33 | Info Hash: DB62E40C2955C3F1CA423B86FC0488F726C2335F<br>File Hash: 5E77791CA69E8D411E98B26FAB96CF8505CC66AE74C42FD899695FD22BDB5A12 | 02-25-2020 21:38:44 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 34 | Info Hash: 51185C8E96E19B9F1E7F47647B98DF3434B759E7<br>File Hash: 6B098BF2E80EEDDB400147CC15800C70F6D28144076E1A4FA10FB91BEB977CCE | 02-25-2020 21:26:31 | Blacked Raw | 02-13-2020 | 03-18-2020 | PA0002241447 |
| 35 | Info Hash: BCE31E2A572DC5D6697020A44A69F851364765CA<br>File Hash: E9F1DAE81BAFC9F4976B98497DDAD7DE0A367EFE90A5FD0B9234A77AE27AB511 | 02-25-2020 21:18:29 | Blacked Raw | 02-17-2020 | 04-17-2020 | PA0002246110 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: A799878765832A277C65FB1F9AD5AE8D594F1ED4<br>File Hash: 644AB34A0CDB356C03C6891C409E39387C6798A62E8CC2B4F90837CCD272F86B | 02-25-2020 21:11:14 | Blacked | 02-24-2020 | 03-18-2020 | PA0002241627 |
| 37 | Info Hash: 33F94195AFEDA778091F28D56591F3AE14EDB866<br>File Hash: E514A61C7ACA9543460A99216ABD9BE7C466A6CDDCC9783A4F996E2548240887 | 02-25-2020 21:10:30 | Blacked Raw | 02-21-2020 | 03-18-2020 | PA0002241534 |
| 38 | Info Hash: CE371CD4A148579DA33E1EE69A14F0B6A0B5B31A<br>File Hash: CE51EF9B8F482C3E62F3765A7BC8BB80251D08557AFFCD7CA7AB84E6E03D7927 | 12-25-2019 05:57:19 | Vixen | 02-08-2019 | 03-24-2019 | PA0002183193 |
| 39 | Info Hash: 7DC5428D1EBD837307A66BC522B52C7F3CEE7870<br>File Hash: C455654BF7784E8149B6E0152E69AACE89147C51F998F8EF2E9AC934570FCC34 | 11-26-2019 19:29:37 | Vixen | 11-25-2019 | 12-09-2019 | PA0002216264 |
| 40 | Info Hash: F491E98F15C829B918E94EDC62F86FC9F5FDF9C8<br>File Hash: 1B3F1DA51F73F9333F96A92475051A292BFACA76CB7EF662457FB18470D95BBC | 10-05-2019 15:50:01 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |
| 41 | Info Hash: C4A30E1E761593D47F7C6DB568CD95BF751EA502<br>File Hash: 370B4B5B857F40AE5E5A06F8678CD6DA29A3DADB10E914DE2C172C7FA1FBF7F9 | 09-10-2019 01:50:10 | Vixen | 09-01-2019 | 09-17-2019 | PA0002216134 |
| 42 | Info Hash: 766F59F8D0F8CD5B0C71493B61CA36FAE5DDD1AA<br>File Hash: BDB9182D95BF19B452168FB547346B62388EC1F3F09824BF0E870A5896894B7E | 09-09-2019 22:32:55 | Vixen | 09-06-2019 | 09-13-2019 | PA0002200698 |
| 43 | Info Hash: B27BAE38200A7A290A55408AAFF8A90EC218BEE3<br>File Hash: AAA7A042F177E023B08E8B0472CB63FA0766340C4F88FF28ED792A3BE6BB4C95 | 08-30-2019 17:36:07 | Tushy | 08-24-2019 | 09-17-2019 | PA0002216213 |
| 44 | Info Hash: F9B1C1D66AED353AE45C3DB37B2DCEA70E3E7649<br>File Hash: 55B79140DAC0943B0950CCB4FDA2EEBA6CF3EAE421B990BA2CA97A24DD3E3490 | 08-23-2019 20:22:11 | Vixen | 05-09-2019 | 06-03-2019 | PA0002178768 |
| 45 | Info Hash: A323CE426DF8477D9E081137B6455177AD8A5250<br>File Hash: 1AB2725B8ADE18D027E1DDFB402C129AC6926A2368BDB27144E697901F8EB646 | 08-23-2019 03:01:35 | Vixen | 08-22-2019 | 09-17-2019 | PA0002216215 |
| 46 | Info Hash: B77E3BF4A60CD4B0F2625962DA066E0E825CB248<br>File Hash: 7EA0C2F39068E1F2D82FFB192BD8305EB3F71DC51AAF155766285BA6CD367A6E | 08-18-2019 05:46:31 | Tushy | 08-14-2019 | 09-17-2019 | PA0002216214 |
| 47 | Info Hash: 78B6BAB74E6F275F5445946BF7AC8EB0B7E51405<br>File Hash: 3EB0BCD81FB77FD0F45D2DD9D525E08BC5EC1FB781CB62A21BD70DEB22C39350 | 08-18-2019 05:35:17 | Vixen | 08-17-2019 | 09-10-2019 | PA0002199413 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: C9B43CE41BA479C1CD8E51416831AEBEA00AB98D<br>File Hash:<br>8A9876BAA41D925584588A5F69C68353F867993B742D8614D1FEA2400139C1DF | 08-14-2019 00:19:50 | Tushy | 08-09-2019 | 09-11-2019 | PA0002199987 |
| 49 | Info Hash: 647CFD990FA697C165D54F27CA9CBC3AD9C7C54B<br>File Hash:<br>E2B7478671B64EC94426BE920E869CF327EAB0436CBC5C8D1CE5CC23E5AF793B | 08-07-2019 15:25:49 | Tushy | 08-04-2019 | 08-22-2019 | PA0002195508 |